

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00196-CV

**ALAMO COMMUNITY COLLEGE DISTRICT** D/B/A Alamo Colleges,
Appellant

v.

Douglas **RYAN**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18732
Honorable Renée Yanta, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE the trial court's March 31, 2017 order denying in part Alamo Community College District's motion for summary judgment, and we RENDER judgment dismissing Trial Court Number. 2013CI18732 for lack of jurisdiction.

We ORDER that appellant Alamo Community College District recover its trial court and appellate court costs from appellee Douglas Ryan.

SIGNED November 1, 2017.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice